

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00584-CV

Raynelle **MCCATHERN**,
Appellant

v.

**IVY APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01871
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: November 9, 2022

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal the trial court's judgment awarding possession of real property to appellee Ivy Apartments in a forcible detainer action. The trial court signed the judgment on July 13, 2022. The notice of appeal was due August 12, 2022. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on August 29, 2022. *See* TEX. R. APP. P. 26.3. Appellant did not file a motion for extension of time to file her notice of appeal. Appellant filed her notice of appeal on September 8, 2022. Thus, appellant's notice of appeal appeared to be untimely.

Therefore, on September 20, 2022, we ordered appellant to file a written response showing cause why this appeal should not be dismissed for lack of jurisdiction. We cautioned appellant that if she did not respond to our show cause order by October 20, 2022, we would dismiss this appeal. To date, appellant has not responded to our order. Accordingly, we dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM